UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

D. LAIRD,
Plaintiff
v.
CONSTITUTION HOTEL, LLC, et al.
Defendants

Civil Action No. 3:25-cv-00350

### MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff D. Laird, who respectfully moves this Honorable Court to dismiss the above-captioned matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

In support of this motion, Plaintiff states as follows:

1. No final judgment has been entered in this case.
2. Dismissal at this stage will not result in legal prejudice to the Defendants.
3. Defendant Constitution Hotel, LLC has made no appearance.
4. Defendant Choice Hotels International, LLC has filed a motion to dismiss for failure to state a claim.
5. This motion is made in good faith and not for delay.

WHEREFORE, Plaintiff D. Laird respectfully requests that the Court grant this Motion and dismiss this action without prejudice, with each party to bear their own costs.

Respectfully submitted,

/s/ Donald C. Hodge, Jr.
(LSB #29251)
Attorney for Plaintiff, D. Laird
Box 481, Westminster, CO 80036
Email: attorneydonaldhodge@gmail.com
Phone: (225) 800-7124
Fax: (888) 297-2959

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss has been filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of filing to all counsel of record.

**/s/ Donald C. Hodge, Jr.**

## **PROPOSED ORDER**

CONSIDERING the foregoing Motion to Dismiss Without Prejudice,

IT IS HEREBY ORDERED that the Motion is GRANTED. The above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE. Each party shall bear their own costs.

Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE