UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DONNA LAIRD,

VERSUS

CONSTITUTION HOTEL, LLC d/b/a COMFORT INN UNIVERSITY AREA and CHOICE HOTELS INTERNATIONAL, INC.,

**FIRST AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Donna Laird, who respectfully avers as follows:

## I. INTRODUCTION

This is an action under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Louisiana state law, including the Louisiana Employment Discrimination Law, La. R.S. 23:301 et seq., and the Louisiana Unfair Trade Practices Act (LUTPA), La. R.S. 51:1401 et seq. Plaintiff brings this suit to remedy discrimination in hiring based on disability and failure to accommodate, as well as to address deceptive and unfair employment practices arising from a job application submitted on August 5, 2022.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question).

2. This Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

3. Venue is proper in this Court under 28 U.S.C. § 1391(b), as the unlawful conduct occurred within the Middle District of Louisiana where Plaintiff resides.

## III. PARTIES

4. Plaintiff Donna Laird is a resident of the Middle District of Louisiana and a qualified individual with a disability under the ADA.

5. Defendant Constitution Hotel LLC d/b/a Comfort Inn University Area is a Louisiana limited liability company that owns and operates the Comfort Inn University Area franchise where Plaintiff applied for employment.

6. Defendant Choice Hotels International, Inc. is a foreign corporation with financial interest, investment, and control over federal ADA compliance for its franchises, including Constitution Hotel LLC. Defendant Choice Hotels is liable for the ongoing discrimination alleged herein for failing to take preventative action to stop the intentional discrimination companywide.

## IV. FACTUAL BACKGROUND

7. On August 5, 2022, Plaintiff applied for a Director of Sales and Marketing position through Indeed.com for Comfort Inn University Area in Denham Springs, Louisiana.

8. The job posting listed Comfort Inn University Area as the position but also referenced Mainstay Suites in the body of the advertisement.

9. Plaintiff received an "Action Required" email requesting an online assessment.

10. Plaintiff demanded a reasonable accommodation for the assessment due to her hearing disability.

11. The plaintiff received no response to her accommodation request.

12. A second "Action Required" notice was sent demanding completion of the assessment.

13. The lack of response precluded the Plaintiff from completing her application.

14. Plaintiff thereafter filed a complaint with the EEOC.

15. On March 14, 2025, the EEOC issued a Right-to-Sue letter, Charge No. 461-2023-00256.

16. Plaintiff made efforts to contact Defendant Choice Hotels International, Inc. directly by email to resolve the issue and obtain the reasonable accommodations required under the ADA.

17. Despite Plaintiff's outreach, Choice Hotels International, Inc. failed to provide accommodations or intervene with the franchisee, Constitution Hotel LLC.

18. Choice Hotels International, Inc. exercises control over its franchisees through brand standards and investment interests and receives revenue from franchise operations.

19. Although Choice Hotels International, Inc. claims to have a companywide commitment to ADA compliance, it failed to enforce or ensure such compliance by Constitution Hotel LLC, thereby contributing to the discriminatory hiring practices experienced by Plaintiff.

## V. CAUSES OF ACTION

A. Violation of the Americans with Disabilities Act (ADA)

20. Defendants violated 42 U.S.C. § 12112(b)(5)(A) by failing to engage in the interactive process, refusing to provide accommodations during the hiring process, and ultimately denying employment opportunities based on Plaintiff's disability.

B. Violation of Louisiana Employment Discrimination Law

21. Defendants' actions also constitute violations of state law prohibiting disability discrimination in employment under Louisiana R.S. 23:301, et seq.

C. Violation of Louisiana Unfair Trade Practices Act (LUTPA)

22. Defendants used deceptive hiring practices under Louisiana R.S. 51:1401 to misrepresent its commitment to equal opportunity in employment advertising.

23. Defendants' conduct was willful, knowing, and intentional, warranting treble damages under La. R.S. 51:1409.

## VI. DAMAGES

The plaintiff seeks back pay, front pay, loss of employment, and retirement, including Social Security benefits, emotional distress, compensatory damages, punitive damages (ADA), treble damages (LUTPA), attorney's fees, and costs, along with pre- and post-judgment interest.

## VII. JURY DEMAND

The plaintiff demands a trial by jury on all triable issues under the Fed. R. Civ. P. 38.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff D. Laird prays for judgment in her favor and against Defendants for all damages available under the ADA and Louisiana law, Attorney's fees and costs, treble damages under LUTPA, Punitive damages under the ADA and any other relief this Court deems just and proper.

Respectfully submitted,

/s/DONALD C. HODGE, JR.
LSB# 29251
Box 481
Westminster, Colorado 80036
Email: attorneydonaldhodge@gmail.com
Voice: (225) 800-7124
Fax: (888) 297-2959

Attorney for Plaintiff, Donna Laird